# Order

**Lansing, Michigan**

January 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138460(46)

SUSAN TKACHIK, Personal Representative of
the Estate of JANET ELAINE MANDEVILLE,
      Plaintiff-Appellant,

v

FRANK MANDEVILLE, JR.,
      Defendant-Appellee.

_____

      SC: 138460
      COA: 280879
      Macomb Prob Ct: 03-178658-CZ

      On order of the Chief Justice, the motion by the Family Law Section of the State
Bar of Michigan for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2010

_____
Clerk